# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number: 09-cr-00233-REB-01 |
| JOHN W. REED | USM Number: 19737-047 |
| | Edward A. Pluss, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law: Driving While Ability Impaired | 04/11/09 |
| 2 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 03/16/08 |

  The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

  It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

  It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 16, 2009
Date of Imposition of Judgment

s/ Robert E. Blackburn
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

October 21, 2009
Date

DEFENDANT:  JOHN W. REED
CASE NUMBER:  09-cr-00233-REB-01                                                                Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance (Cocaine) | 07/09/09 |
| 4 | Special Condition - Failure to Abstain from the Use of Alcohol | 07/08/09 |
| 5 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 05/06/09 |
| 6 | Special Condition - Failure to Complete Community Service Hours ad Directed | 07/29/08 |

DEFENDANT:  JOHN W. REED  
CASE NUMBER:  09-cr-00233-REB-01                               Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of one hundred forty-two (142) days, to conclude and terminate by noon on December 31, 2009.

The court recommends that the Bureau of Prisons credit the defendant with 66 days spent in presentence custody.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

       Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                    UNITED STATES MARSHAL

                                  By_____  
                                                    Deputy United States Marshal